IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NADIRA THUNEIBAT, et al.,          :
                                    :
       Plaintiffs,                  :
                                    :
              v.                    :   Civil No. 1:12-cv-00020 (BAH)
                                    :
SYRIAN ARAB REPUBLIC, et al.,      :
                                    :
       Defendants.                  :
_____ :

**MOTION FOR DEFAULT JUDGMENT**

COME NOW the Plaintiffs, by and through their undersigned counsel, and respectfully move the Court to enter Default Judgment on behalf of the Plaintiffs, the Estate of Lina Mansoor Thuneibat , Nadira Thuneibat, Estate of Mansoor Al-Thuneibat , O.M.T[1]., and Muhammad Mansoor Thuneibat (collectively "Thuneibat Plaintiffs"),  Estate of Mousab Ahmad Khorma, Samira Fayez Khorma,  Tariq Ahmad Khorma, Tatsiana Ahmad Khorma, Zeid Ahmad Khorma (collectively "Khorma Plaintiffs") commensurate with the liability and damages evidence pursuant to the private cause of action found in 28 U.S.C. § 1605A(c) and as presented in the Memorandum Of Law In Support Of Motion For Default Judgement As To Liability And Damages filed contemporaneously herewith.

March 31, 2015                      Respectfully Submitted,

                                    */s/ Tracy Reichman Kalik*_____
                                    Tracy Reichman Kalik (Bar No. 462055)
                                    Richard D. Heideman (No. 377462)
                                    Noel J. Nudelman (No. 449969)
                                    HEIDEMAN NUDELMAN & KALIK, PC
                                    1146 19th Street NW
                                    Fifth Floor

---

[1] O.M.T. is a minor and the brother of Lina Mansoor Thuneibat.  He is represented in this action by his mother, and next of kin, Nadira Thuneibat.

1

Washington, DC 2008
Telephone: 202.463.1818
Facsimile: 202.463.2999

*Of Counsel for Plaintiffs:*
F. R. Jenkins (Virginia Bar No. 36302)
Meridian 361 International Law
Group, PLLC
97A Exchange Street, Suite 202
Portland, ME 04101
Tel: 866-338-7087
Facsimile: 202-315-3894

*Attorneys for Plaintiffs*